Good morning, my name is Eric Johnson and I represent the Intellectual Property Court of Ohio. I will be presiding over this hearing and I just want to ask a couple of questions. Thank you. Thank you. The main issue with this hearing is that in order to try to issue some facts, there's an application to allow the Supreme Court to deny a motion for Supreme Judgment. The record from the Supreme Court in accordance with Supreme Judgment made evidence that shows that the jury could reasonably infer that a motion to deny the case was issued in favor of the Supreme Court. What is the situation in which you are looking at? There are issues, there's several issues. If you look at the Supreme Court's order, the Supreme Court's opinion, what you need to do is draw those conclusions by the compliance of the amendment, which actually requires a 2.4 exemption. Number one is, the actual stand-up interview, and number two is to bring the evidence to the Supreme Court. And so I think that the Supreme Court is relying on the Supreme District of America to be able to say, Dr. Stone, I wish that there were any jurors. And so because the Supreme Court relies on the Supreme Court, there's an agency that can, whatever, allow agencies to take those issues aside and keep talking to law enforcement officers. But the challenge is, the two Supreme Doctrines are not available to them to ensure if there's a tributary offense where the investigation or the evidence is unresolved I'm just curious. I'm curious about how you thought of interviewing around when you discovered that your body was first ordered, the insurance payments, and then you went over and reviewed it, and it's the first thing you're doing, and then before that, the issue is, how do you proceed with the insurance payments to those who are not getting their insurance? Well, the first sequence of screen calls, you know, all of the jurors, and the first claims that are described, it's why you did several of those things, but I think it's, it's, it's... Yes, because there is, there's, is there a follow-up on that? Yes, yes, yes, I'm sure. Yes. Please. Great. Yes. Yes.  Good. Yes. Thank you. Great. Thank you. Okay. So, question. Yes. Yes.  Thank you.   Okay. Thank you.
judges: Kleinfeld, Ikuta, Watford